No. D–1129. IN RE DISBARMENT OF SMITH. It is ordered that David Paul Smith, of Englewood, Colo., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.